472 A.2d 260

Commonwealth v. Wayman, Appellant.

Petition for Allowance of Appeal
Denied June 7, 1984.

Submitted October 21, 1983.   Philip T. Medico, Jr., Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.